JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE R. HURD, | Case No. LA CV 16-3427 CJC (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JOE A. LIZARRAGA, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: April 11, 2017

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE